UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KEVIN MULDROW, | : | |
| | : | Civil Action No. 12-4487 (SDW) |
| Plaintiff, | : | |
| | : | |
| v. | : | MEMORANDUM ORDER |
| | : | |
| N.J. D.O.C. PRISON SYSTEM, | : | |
| | : | |
| Defendant. | : | |

THIS MATTER comes before the Court by motion filed by Plaintiff, Kevin Muldrow, seeking compensation from Defendant. (ECF No. 4.) This motion is being considered on the papers pursuant to Rule 78 of the Federal Rules of Civil Procedure, and it appearing that:

1. On July 17, 2012, Plaintiff filed a Complaint without submitting the requisite filing fee or a complete application to proceed *in forma pauperis* ("IFP"). (ECF No. 1.) Consequently, this Court issued an Order on October 3, 2012, administratively terminating the action. Plaintiff was informed by the Order that he could re-open his case upon submission of the filing fee or a complete IFP application. (ECF No. 3.)

2. On April 12, 2013, Plaintiff submitted a motion/application seeking compensation from a new Defendant, namely, Governor Chris Christie, for "letting people use info red equipment ... to execute [Plaintiff] in prison." (ECF No. 4.) Plaintiff did not submit a filing fee or IFP application with his motion.

3. As Plaintiff has failed to submit the court filing fee or IFP application as directed by this Court's October 3, 2012 Order, this action will be dismissed without prejudice and taken off the Court's active docket.

THEREFORE, BASED ON THE FOREGOING,

IT IS ON THIS 20th day of May, 2014

ORDERED that the Clerk of the Court SHALL RE-OPEN this case for consideration of Plaintiff's motion/application for compensation; and it is further

ORDERED that Plaintiff's action is hereby DISMISSED WITHOUT PREJUDICE; and it finally

ORDERED that the Clerk of the Court SHALL RE-CLOSE this matter accordingly.

                                                *s/ Susan D. Wigenton*
                                                SUSAN D. WIGENTON
                                                United States District Judge